Clear Form

**FILED** ᴹ�6

MAR 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

)
)
)
)
Plaintiff,　　　) CASE NO. ___C 26 02755
)
vs.　　　　　　　) **APPLICATION TO PROCEED**
) **IN FORMA PAUPERIS**　SVK
) **(Non-prisoner cases only)**
)
Defendant.　　　)
_____)

I, _MARK ESQUIBEL_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.　Are you presently employed?　　　Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____　Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment?     Yes ___ No X

b. Income from stocks, bonds, or royalties?     Yes ___ No X

c. Rent payments?     Yes ___ No X

d. Pensions, annuities, or life insurance payments?     Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ___ No X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?              Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?              Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _CHASE BANK   41 st AVENUE_ _____

_____

Present balance(s): $ _500.00_ _____

Do you own any cash?  Yes _X_ No ___  Amount: $ _500.00_ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                 Yes ___ No _X_

_____

8.    What are your monthly expenses?

Rent: $ _∅_ _____ Utilities: _∅_ _____

Food: $ _∅_ _____ Clothing: _∅_ _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _BARCLAY MASTERCARD_ | $ _∅_ | $ _∅_ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.) _MONTHLY CHILD SUPPORT # 196_

_____

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes X  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

ESQUIBEL V. RIOS   CASE: 20CV369516  SUPERIOR COURT OF CA COUNTY OF SANTA CLARA

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-30-2026
DATE

Marc Esquibel
SIGNATURE OF APPLICANT

- 4 -