FILED

MAR 30 2026 *mL*

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**MARK ESQUIBEL,**
*Plaintiff,*

v.

MARIE RIOS; CARLOS MARTINEZ; SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT; HON. KATHERINE HANSEN, in her official capacity only; and DOES 1 through 10, inclusive,

*Defendants.*



Case No. 5:___-cv-_____

**PLAINTIFF'S NOTICE OF REQUEST FOR SERVICE BY UNITED STATES MARSHAL UPON GRANT OF IN FORMA PAUPERIS APPLICATION**

*(28 U.S.C. § 1915(d); FRCP 4(c)(3))*

---

TO THE CLERK OF THE COURT AND TO ALL DEFENDANTS:

Plaintiff Mark Esquibel, proceeding pro se, hereby gives notice that he has filed concurrently with this Complaint an Application to Proceed In Forma Pauperis (AO 239). Upon the Court's grant of that application, Plaintiff respectfully requests that the Clerk of Court issue summonses for each Defendant and direct the United States Marshal for the Northern District of California to effectuate service of process on each Defendant pursuant to **28 U.S.C. § 1915(d)** and **Federal Rule of Civil Procedure 4(c)(3)**.

Plaintiff is unable to effectuate personal service on Defendants without the assistance of the United States Marshal due to Plaintiff's financial circumstances as described in the concurrently filed IFP Application, the number of Defendants to be served, and the nature of the named Defendants including a county law enforcement agency and a judicial officer sued in her official capacity.

**PROCEDURE UPON GRANT OF IFP APPLICATION**

Plaintiff understands and acknowledges the following procedure applicable to IFP cases in this District:

1. The Clerk will not issue summonses until after the assigned Judge reviews and grants the IFP Application.

2. Following grant of the IFP Application, the assigned Judge will review the Complaint pursuant to 28 U.S.C. § 1915(e)(2) to determine whether it states a claim upon which relief may be granted.

3. If the Complaint survives § 1915 review, the Clerk will issue summonses and forward the service package to the United States Marshal.

4. The United States Marshal will serve each Defendant with the summons and Complaint without charge to Plaintiff.

5. Plaintiff has prepared a completed USM-285 Process Receipt and Return form for each of the five Defendants named in this action, submitted concurrently with this Notice, as required for Marshal service.

6. If the IFP Application is denied, Plaintiff understands he must pay the $405 filing fee and effectuate service on all Defendants pursuant to FRCP 4 within 90 days of the date of the Court's order on the IFP Application.

## DEFENDANTS AND SERVICE INFORMATION

The following table identifies each Defendant, the address at which service is requested, the applicable service method, and any special instructions for the Marshal:

| # | DEFENDANT | SERVICE ADDRESS | METHOD | NOTES FOR MARSHAL |
|---|-----------|-----------------|--------|-------------------|
| 1 | Marie Rios (AKA Marie Rivers) | 21210 E Arrow Hwy, Trailer 130, Covina, CA 91724 | *Personal service per FRCP 4(e)(2)* | Private individual. Marshal to serve at last known residential address. |
| 2 | Carlos Martinez (AKA CMartin) (State Bar No. 248358) | Bay Area Law 1015 Jefferson Street Santa Clara, CA 95050 | *Personal service or office service per FRCP 4(e)(2)* | Attorney. Marshal may serve at office address during business hours. |
| 3 | Santa Cruz County Sheriff's Department (Sheriff Christopher Clark, Official Capacity) | Santa Cruz County Sheriff's Office 5200 Soquel Avenue Santa Cruz, CA 95062 | *Service on government agency per FRCP 4(j)(2)* | County agency. Marshal to serve chief executive or authorized agent at headquarters. |
| 4 | Hon. Katherine Hansen (Official Capacity Only) | Santa Cruz County Superior Court 1 2nd Street, Watsonville, CA 95076 | *Service per FRCP 4(j)(2) and applicable state law* | Judicial officer sued in official capacity only. Marshal to serve through court administrator or county counsel. |
| 5 | Does 1-10 (DOJ Fresno Agents) | Department of Justice, Office of the Attorney General Division of Law Enforcement, Bureau of Firearms 1735 E Street Fresno, CA 93706 | *Service per FRCP 4(i) — Federal agency/officers* | Federal agents — identities to be confirmed via FOIA. Marshal to serve through DOJ Fresno office. Service on U.S. Attorney General also required per FRCP 4(i)(3). |

## SPECIAL INSTRUCTIONS TO THE MARSHAL

**Defendant 1 — Marie Rios:** Plaintiff requests that the Marshal conduct appropriate address verification through available law enforcement databases prior to service. Plaintiff will supplement this Notice with a confirmed address upon obtaining it through discovery or other means.

**Defendant 3 — Santa Cruz County Sheriff's Department:** Service on a county agency under FRCP 4(j)(2) requires delivery to the chief executive officer of the governmental unit or service in the manner prescribed by state law. The chief executive of the Sheriff's Office is Sheriff Christopher Clark. Plaintiff requests service on Sheriff Clark or his authorized designee at the headquarters address listed above.

**Defendant 4 — Hon. Katherine Hansen (Official Capacity):** Defendant Hansen is sued in her official capacity only as a judicial officer of the Santa Cruz County Superior Court. Service should be directed to the Santa Cruz County Superior Court Administrator or to Santa Cruz County Counsel on behalf of Defendant Hansen in her official capacity.

**Defendants Does 1-10 (DOJ Fresno Agents):** The individual identities of these Defendants are currently unknown to Plaintiff and are the subject of pending FOIA requests. Plaintiff requests that the Marshal serve the Does collectively through the DOJ Fresno Field Office and the U.S. Attorney's Office as identified above. Because these are federal officers, service must also be made on the United States Attorney General pursuant to FRCP 4(i)(3). Plaintiff will file an amended complaint to name these Defendants individually upon receipt of FOIA responses.

## DOCUMENTS FILED CONCURRENTLY WITH THIS NOTICE

The following documents are filed concurrently with this Notice and the Complaint:

7. Complaint for Violation of Civil Rights (42 U.S.C. § 1983)

8. Plaintiff's Exhibit Index and Exhibit Placeholder File

9. Administrative Motion for Consolidated Briefing Schedule and Pre-Authorized Leave to File First Amended Complaint (with Proposed Order)

10. Application to Proceed In Forma Pauperis (AO 239)

11. USM-285 Process Receipt and Return Form — Defendant Marie Rios

12. USM-285 Process Receipt and Return Form — Defendant Carlos Martinez

13. USM-285 Process Receipt and Return Form — Defendant Santa Cruz County Sheriff's Department / Sheriff Christopher Clark

14. USM-285 Process Receipt and Return Form — Defendant Hon. Katherine Hansen (Official Capacity)

15. USM-285 Process Receipt and Return Form — Defendants Does 1-10 (DOJ Fresno Field Office / U.S. Attorney General)

Dated: _MARCH 30_, 2026

Respectfully submitted,

_Mael Esquibel_

**MARK ESQUIBEL**

Plaintiff, Pro Se

4168 Soquel Drive #12

Soquel, California 95073

# INSTRUCTIONS FOR COMPLETING USM-285 FORMS

*Complete one USM-285 form per Defendant — five forms total*

---

The USM-285 (Process Receipt and Return) is the standard form used by the United States Marshal Service to document service of process. In IFP cases, the Clerk's Office will use these forms to direct the Marshal to serve each Defendant. Mark must complete one USM-285 for each Defendant and submit all five with the filing package.

## WHERE TO GET THE FORM:

The USM-285 form is available at the Clerk's Office window at 280 S. First Street, San Jose, CA 95113, Room 2112. The Legal Help Center in Room 2070 can also provide the form and assist with completion.

## HOW TO COMPLETE EACH FORM:

16. **Section 1 — Plaintiff:** Mark Esquibel, 4768 Soquel Drive #12, Soquel CA 95073

17. **Section 2 — Court:** U.S. District Court, Northern District of California, San Jose Division, 280 S. First Street, San Jose, CA 95113

18. **Section 3 — Case Number:** Leave blank — the Clerk will fill this in after the case is opened

19. **Section 4 — Type of Process:** Summons and Complaint

20. **Section 5 — Defendant Name and Address:** Use the names and addresses from the table on the previous page — one defendant per form

21. **Section 6 — Special Instructions:** Copy the relevant special instruction from the Special Instructions section of this Notice for each Defendant

22. **Signature:** Sign and date each form

## IMPORTANT TIMING NOTE:

The Marshal will not take any action on the USM-285 forms until after: (1) the Judge grants the IFP Application; and (2) the Complaint survives § 1915(e)(2) review. Do not contact the Marshal's office before receiving written confirmation from the Court that both of these conditions have been met. The Marshal's office for the Northern District of California is located at:

**United States Marshal Service**

Northern District of California

280 South First Street, Room 2100

San Jose, CA 95113

Tel: (408) 535-5070

If the IFP Application is denied and Mark pays the $405 filing fee, Mark may still request Marshal service by filing a motion requesting court-ordered Marshal service under FRCP 4(c)(3), which authorizes the court to order Marshal service for good cause shown even where IFP is not granted.