United States District Court
Northern District of California

**UNITED STATES DISTRICT JUDGE NOËL WISE**

**INITIAL CASE MANAGEMENT ORDER FOR ALL CASES**

IT IS HEREBY ORDERED that the deadline for joinder of any parties or other amendment to the pleadings, without requesting leave of the Court, is 60 days after entry of this order or 60 days after service has been completed, whichever is later. *See* Fed. R. Civ. Pro. 16. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure and the presumptive limits on motion practice set forth in the N.D. Cal. Civil Local Rules shall apply to this case unless otherwise ordered by the Court.

IT IS FURTHER ORDERED that schedules set by the Court shall be modified only by further Court order. The Court typically issues a case management order with more detailed deadlines once the case is at issue, meaning the Defendant has answered. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Parties seeking to modify a Court ordered deadline must make their request in a reasonable time before that deadline and must show good cause.

IT IS FURTHER ORDERED that the parties shall comply with all federal and local rules, and the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

**IT IS SO ORDERED.**

Dated: April 6, 2026

Noël Wise
United States District Judge