FILED

APR 20 2026

SCANNED

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark Esquibel
4768 Soquel Drive #12
Soquel, CA 95073
Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
### 280 South 1st Street Room 2112
### San Jose, CA 95113
### 408-535-5363

**MARK ESQUIBEL,**
Plaintiff,

v.

**MARIE RIOS; CARLOS MARTINEZ;**
**COUNTY OF SANTA CRUZ; HON.**
**KATHERINE HANSEN; DOES 1-10,**
Defendants.

Case No. 5:26-cv-02755-SVK

# PROOF OF SERVICE

I, Mark Esquibel, declare as follows:

I am the Plaintiff in this action, over the age of 18, and not a party to be served. On

_APRIL 20_ , 2026, I caused to be served the following documents:

> 1. Emergency Motion for Temporary Restraining Order Pursuant to Fed. R. Civ. P. 65(b)
> 2. Declaration of Mark Esquibel in Support of Emergency Motion for TRO
> 3. [Proposed] Order Granting Temporary Restraining Order
> 4. This Proof of Service

on the following parties by the methods indicated:

**Carlos Martinez (SBN 248358)**

**Counsel for Defendant Marie Rios**

Bay Area Law
1015 Jefferson Street
Santa Clara, CA 95050
Email: cmartin@bayarealaw.com

[ ] BY U.S. MARSHAL SERVICE: Pursuant to 28 U.S.C. §1915(d) and Fed. R. Civ. P.

4, by delivering copies to the United States Marshal for the Northern District of

California for service upon Defendant.

[X] BY PERSONAL SERVICE: Via Sheriff of Santa Clara County

**Hon. Katherine Hansen (Official Capacity)**

**Santa Cruz County Superior Court**

Watsonville Courthouse
1 2nd Street
Watsonville, CA 95076

[ ] BY U.S. MARSHAL SERVICE: Pursuant to 28 U.S.C. §1915(d) and Fed. R. Civ. P.

4, by delivering copies to the United States Marshal for the Northern District of

California for service upon Defendant.

[X] BY PERSONAL SERVICE: Via Sheriff of Santa Cruz County

[X] By JUDICIAL NOTICE: [Evidence Code Section 452(d); Cal. Rules of Court, Rule

3.300]

**County of Santa Cruz**

c/o Santa Cruz County Counsel's Office
701 Ocean Street, Room 505

Santa Cruz, CA 95060

[ ] BY U.S. MARSHAL SERVICE: Pursuant to 28 U.S.C. §1915(d) and Fed. R. Civ. P.

4, by delivering copies to the United States Marshal for the Northern District of

California for service upon Defendant.

[ ] BY PERSAONL SERVICE: Via Sheriff of Santa Cruz County

**Marie Rios (Individual Defendant)**

c/o Carlos Martinez, Esq.
Bay Area Law
1015 Jefferson Street
Santa Clara, CA 95050

[ ] BY U.S. MARSHAL SERVICE: Pursuant to 28 U.S.C. §1915(d) and Fed. R. Civ. P.

4, by delivering copies to the United States Marshal for the Northern District of

California for service upon Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

Dated: _APRIL 20_ , 2026

_Mark Esquibel_

Mark Esquibel
Plaintiff In Pro Per