MARK ESQUIBEL

4768 SOQUEL DRIVE #12

SOQUEL, CA 95073

PLAINTIFF IN PRO PER

Clear Form

**FILED**

APR 27 2026 CH

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARK ESQUIBEL    Plaintiff,

vs.

MARIE RIOS, et al,    Defendant.

CASE NO. 26-CV-02755-NW

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, __MARK ESQUIBEL__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

CACI, INC. - $22 AN HOUR - JUNE TO AUG, 2023 APPROX.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment?     Yes ___ No X

b. Income from stocks, bonds, or royalties?     Yes ___ No X

c. Rent payments?     Yes ___ No X

d. Pensions, annuities, or life insurance payments?     Yes ___ No X

e. Federal or State welfare payments, Social Security or other govern- ment source?     Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ___ No X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

S. G. E. (AKA _____) - 10 YEARS OLD

_____

5.  Do you own or are you buying a home?  Yes ___ No X

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?  Yes ___ No X

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes X  No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: CHASE BANK — 1990

41st AVENUE, CAPITOLA, CA 95010

Present balance(s): $ 700.00

Do you own any cash?  Yes ___ No X  Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)  Yes ___ No X

_____

8.  What are your monthly expenses?

Rent: $ 0 _____ Utilities: 0 _____

Food: $ 0 _____ Clothing: 0 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| BARCLAY MASTERCARD | $ 0 | $ 0 |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

9.  Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

CHILD SUPPORT - $193 MONTH - L.A. COUNTY DCSS - MARIE (RIVERS)

RIOS

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes X  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.   S294534 - SUPREME COURT, S294529 - SUPREME COURT 18FL00642 - FAMILY COURT, 20CV369516 - CIVIL/CRIMINAL COURT, 25CV01051 - CIVIL/CRIMINAL COURT, H053207 - APPEAL, H053809 - APPEAL H054010 - APPEAL

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-27-2026
DATE

Mark Esquibel
SIGNATURE OF APPLICANT

-4-

**FW-003**

**Order on Court Fee Waiver**
**(Superior Court)**

Clerk stamps date here when form is filed.

**F I L E D**

AUG 15 2025

CLERK OF THE COURT
BY CHALAYA JIMENEZ
DEPUTY, SANTA CRUZ COUNTY

① **Person who asked the court to waive court fees:**

Name: MARK ESQUIBEL

Street or mailing address: 4768 SOQUEL DRIVE #12

City: SOQUEL     State: CA     Zip: 95073

② **Lawyer, if person in ① has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

T. MATTHEW PHILLIPS, ESQ. 4894 W. LONE MTN. RD.
NO. 132 LAS VEGAS, NEV. 89130 (323) 314-6996
U.S. BAR NO. 317048, CA BAR NO. 165833

Fill in court name and street address:

**Superior Court of California, County of**

**County of Santa Cruz**
**1 Second St. Rm 300**
**Watsonville, CA 95076**

③ A request to waive court fees was filed on *(date):* 8/15/25

☐ The court made a previous fee waiver order in this case on *(date):*

Fill in case number and name:

**Case Number:**

18 FL00642

**Case Name:**

ESQUIBEL V. RIOS

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

④ After reviewing your: ☑ *Request to Waive Court Fees*     ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☒ The court **grants** your request, as follows:

  (1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

  • Filing papers in superior court
  • Making copies and certifying copies
  • Sheriff's fee to give notice
  • Court fee for phone hearing
  • Giving notice and certificates
  • Sending papers to another court department
  • Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
  • Assessment for court investigations under Probate Code section 1513, 1826, or 1851
  • Preparing, certifying, copying, and sending the clerk's transcript on appeal
  • Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
  • Making a transcript or copy of an official electronic recording under rule 8.835

  (2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

  ☐ Jury fees and expenses
  ☐ Fees for court-appointed experts
  ☐ Other *(specify):* _____
  ☐ Fees for a peace officer to testify in court
  ☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:

- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
☐ Below ☐ On Attachment 4c(1)

_____
_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
☐ Below ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

Your name: MARK ESQUIBEL

Case Number:
18FL00642

Name and address of court if different from above:

Hearing Date → Date: _____ Time: _____
Date       Dept.: _____ Room: _____

_____
_____
_____
_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 8/15/25

Signature of (check one): ☐ Judicial Officer ☒ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☒ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: 8/15/25

Clerk, by _____, Deputy

Name: _____

**This is a Court Order.**

**FW-003**  Order on Court Fee Waiver
(Superior Court)

Clerk stamps date here when form is filed.

Filed
August 26, 2024
Clerk of the Court
Superior Court of CA
County of Santa Clara
20CV369516
By: msuarez

① **Person who asked the court to waive court fees:**
Name: Mark E. Esquibel

Street or mailing address: c/o/ Donald Charles Schwartz, Attorney

City: Aptos                State:  CA    Zip: 95003

② **Lawyer, if person in ① has one** *(name, firm name, address,*
*phone number, e-mail, and State Bar number):*
Donald Charles Schwartz, Esq. (SBN 122476), Law Offices of Donald
C. Schwartz, 7960-B Soquel Drive, No. 291, Aptos, CA 95003
(831-331-9909) - triallaw@cruzio.com

*Fill in court name and street address:*
**Superior Court of California, County of**
Santa Clara
191 North First Street
San Jose, CA

③ A request to waive court fees was filed on *(date):* August 26, 2024

     ☒ The court made a previous fee waiver order in this case on *(date):*
     8/14/2020

*Fill in case number and name:*
**Case Number:**
20CV369516

**Case Name:**
Esquibel v. Rios

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

④ After reviewing your:      ☒ *Request to Waive Court Fees*      ☐ *Request to Waive Additional Court Fees*
     the court makes the following orders:

   a. ☒ The court grants your request, as follows:

     (1) ☒ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal.*
        *Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

       • Filing papers in superior court
       • Making copies and certifying copies
       • Sheriff's fee to give notice

       • Court fee for phone hearing
       • Giving notice and certificates
       • Sending papers to another court department

       • Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding
        and you request that the court provide an official reporter
       • Assessment for court investigations under Probate Code section 1513, 1826, or 1851
       • Preparing, certifying, copying, and sending the clerk's transcript on appeal
       • Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
       • Making a transcript or copy of an official electronic recording under rule 8.835

     (2) ☒ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees
        and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the
        checked items.

        ☐ Jury fees and expenses
        ☐ Fees for court-appointed experts
        ☒ Other *(specify):*  Court Reporter

        ☐ Fees for a peace officer to testify in court
        ☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006).You have **10 days** after the clerk gives notice of this order (see date of service below) to:

- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
☐ Below ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
☐ Below ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

Your name: Mark E. Esquibel

Case Number:
20CV369516

Name and address of court if different from above:

Hearing Date → Date: _____ Time: _____
Dept.: _____ Room: _____

_____
_____
_____
_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 8/26/2024 4:07:27 PM

Signature of (check one): ☐ Judicial Officer ☒ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one)*:

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☒ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city)*: SAN JOSE , California, on the date below.

☐ A certificate of mailing is attached.

Date: August 26, 2024

Clerk, by ___msuarez___ , Deputy
Name: _____

**This is a Court Order.**