FILED

APR 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Mark Esquibel
4768 Soquel Drive #12
Soquel, CA 95073

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Mark Esquibel**<br>**4768 Soquel Drive #12**<br>**Soquel, CA 95073**<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |

| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY: | |
|---|---|
| **Santa Cruz County Superior Court**<br>**1 Second St.**<br>**Watsonville, CA 95076** | |

| PLAINTIFF:<br>**Mark Esquibel** | COURT CASE NO: |
|---|---|
| DEFENDANT:<br>**Marie Rios** | **18FL00642** |
| **Proof of Service** | LEVYING OFFICER FILE NO:<br>**2026064319** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents):*
   **Judicial Notice of Pending Federal Action and Emergency Motion for Temporary Restraining Order**

3. a. Party Served *(specify name of party as shown on documents served):*

   **Judge Hon. Katherine Hansen**

4. Address where party was served:      **Courthouse (Dept C)**
   **1 2nd Street**
   **Watsonville, CA 95076**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 04/22/2026 at: 3:10 PM.

7. **Person who served the papers:**

   a. Name: **Deputy G. Fernandez, Deputy**

   b. Address: **Sheriff Civil Division, 5200 Soquel Ave., Santa Cruz, CA 95062**

   c. Telephone number: **(831) 454-7655**

   d. **The fee** for service was: **$50.00 (Waiver)**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   Thursday, April 23, 2026         by: _____

                                                 Sheriff's Authorized Agent
                                                 Chris Clark

Santa Cruz County Superior Court
1 Second St.
Watsonville, CA 95076

㆑ ㆑ ·  ㆑

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Mark Esquibel**<br>**4768 Soquel Drive #12**<br>**Soquel, CA 95073**<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |

NAME OF COURT. JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Santa Cruz County Superior Court**
**1 Second St.**
**Watsonville, CA 95076**

| PLAINTIFF:<br>**Mark Esquibel**<br>DEFENDANT:<br>**Marie Rios** | COURT CASE NO:<br><br>**18FL00642** |
|---|---|
| <strong>Proof of Service</strong> | LEVYING OFFICER FILE NO:<br><br>**2026064319** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents):*
   **Judicial Notice of Pending Federal Action and Emergency Motion for Temporary Restraining Order**

3. a. Party Served *(specify name of party as shown on documents served):*

   **Judge Hon. Katherine Hansen**

4. Address where party was served: **Courthouse (Dept C)**
   **1 2nd Street**
   **Watsonville, CA 95076**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 04/22/2026 at: 3:10 PM.

7. **Person who served the papers:**

   a. Name: **Deputy G. Fernandez, Deputy**

   b. Address: **Sheriff Civil Division, 5200 Soquel Ave., Santa Cruz, CA 95062**

   c. Telephone number: **(831) 454-7655**

   d. The fee for service was: **$50.00 (Waiver)**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  Thursday, April 23, 2026

by: _____
Sheriff's Authorized Agent
Chris Clark