**Mark Esquibel**
4768 Soquel Drive, #12
Soquel, CA 95073
*Plaintiff in Pro Per*



**FILED**

APR 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

|  |  |
|---|---|
| **MARK ESQUIBEL,**<br>Plaintiff,<br><br>v.<br><br>MARIE RIOS, et al.,<br>Defendants. | **Case No. 5:26-cv-02755-NW**<br><br>**PROOF OF PERSONAL SERVICE**<br><br>[Fed. R. Civ. P. 5(b)(2)(A);<br>28 U.S.C. § 1746]<br><br>**Document Served:**<br>Plaintiff's Emergency Motion<br>for Temporary Restraining<br>Order (filed April 20, 2026) |

## DECLARATION OF MARK ESQUIBEL

I, Mark Esquibel, declare as follows:

1. I am the Plaintiff in pro per in the above-captioned action. I am over the age of eighteen and competent to testify to the matters set forth herein. I make this declaration based on personal knowledge.

2. On April 21, 2026, at approximately 8:30 a.m., I personally served opposing counsel Carlos Martinez (SBN 248358), counsel of record for Defendant Marie Rios in this action, with a true and correct copy of **Plaintiff's Emergency Motion for Temporary Restraining**

**Order & Judicial Notice** filed in this Court on April 20, 2026 in Case No. 5:26-cv-02755-NW, together with all supporting papers (the "TRO Motion").

3. Service was effected by personally handing a hard copy of the TRO Motion to Mr. Martinez at the Santa Cruz County Superior Court, Watsonville Branch, located at 1 Second Street, Watsonville, California 95076. The location of service was the public area immediately outside Department C, where Mr. Martinez and I were both present in connection with a then-scheduled hearing in Santa Cruz Superior Court Case No. 18FL00642. Service occurred immediately before the parties were called into Department C.

4. Mr. Martinez physically accepted the document into his possession at the time of service. He did not refuse the document and did not indicate at the time of service that the document had not been received.

5. Service was made by me personally, as a party to the action proceeding in pro per, in accordance with Federal Rule of Civil Procedure 5(b)(2)(A) (delivery by handing it to the person).

6. At the time of service, Mr. Martinez was the active counsel of record for Defendant Marie Rios in this action and in the underlying state matters referenced in the TRO Motion. Service on Mr. Martinez therefore effected service on Defendant Rios under Federal Rule of Civil Procedure 5(b)(1).

7. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on ___APRIL 21___, 2026 at Soquel, California.

_Mark Esquibel_
Mark Esquibel
Plaintiff in Pro Per

## PARTY SERVED

Carlos Martinez, Esq. (SBN 248358) (aka CMartin)

Bay Area Law

1015 Jefferson Street

Santa Clara, CA 95050

_Counsel of record for Defendant Marie Rios_

Telephone: 408-286-3070

Email: cmartin@bayarealaw.com

## LOCATION OF SERVICE

Santa Cruz County Superior Court, Watsonville Branch

1 Second Street, Watsonville, CA 95076

Public area immediately outside Department C

Date and Time of Service: April 21, 2026, at approximately 8:30 a.m.

## WITNESS

A witness was present at the time of service. The witness is identified as follows (or the line will be left blank if no third-party witness is to be named):

Name: __RUTH CRUDDAS__

Relationship to Plaintiff: __MOTHER__

Contact information available on request.