UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ESQUIBEL,

Plaintiff,

v.

MARIE RIOS, et al.,

Defendants.

Case No. 26-cv-02755-NW

**ORDER DENYING PLAINTIFF'S SECOND IFP APPLICATION WITHOUT PREJUDICE; TERMINATING ECF NOS. 16, 17**

Re: ECF No. 15, 16

On April 10, 2026, the Court denied Plaintiff Mark Esquibel's application to proceed in forma pauperis ("IFP") in this action. ECF No. 11. The Court explained that Plaintiff's "motion fail[ed] to include sufficient detail to permit the Court to evaluate whether he is unable to pay the filing fees under 28 U.S.C. § 1915." *Id.* The Court provided Plaintiff the opportunity to file a renewed application that "indicate[d] sources of income, expenses, and liabilities." *Id.*

Plaintiff renewed his petition on April 27, 2026, but he failed to address the issues that the Court identified in its previous Order. ECF No. 15, Q8. Plaintiff's new petition indicates that he has $0 in monthly expenses; in other words, Plaintiff claims he did not spend a single dollar on rent, food, utilities, or clothing in the last month. At the same time, Plaintiff has indicated that he does not receive welfare or Social Security payments from the Government, or any other form of economic support from another source. Q2(e). This means Plaintiff's IFP is either inaccurate or incomplete.

Given the deficiencies in Plaintiff's renewed motion, the Court again has insufficient information to assess whether Plaintiff is unable to pay the filing fees under 28 U.S.C. § 1915 and DENIES his application WITHOUT PREJUDICE. The Court grants Plaintiff one final opportunity to file, no later than **June 1, 2026,** a new IFP by that comports with the Court's

previous Orders. If Plaintiff fails to file a renewed motion to proceed IFP by June 1, 2026, the Court will dismiss the action without prejudice. In the alternative, Plaintiff may choose instead to pay the filing fee rather than submit a renewed IFP motion.

Plaintiff is advised that the Court will not rule on any further motions unless and until (1) Plaintiff has submitted, ***and*** the Court has approved, a new IFP petition or (2) Plaintiff has paid the filing fee. Accordingly, the motions currently pending before the Court are TERMINATED AS MOOT. ECF No. 16, 17. If the Court receives another motion from Plaintiff before the Court has approved a new IFP petition or before Plaintiff pays a filing fee, that motion will likewise be terminated as moot.

**IT IS SO ORDERED.**

Dated: May 5, 2026

Noël Wise
United States District Judge