

# U.S. District Court

## California Northern - San Jose

THIS IS A COPY

Receipt Date: May 6, 2026 11:00AM

Mark E. Esquibel
4768 Soquel Dr 12
Soquel , CA 95073

Rcpt. No: 511019753          Trans. Date: May 6, 2026 11:00AM          Cashier ID: #CHHo (7361)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #479 | 05/6/2026 | | $405.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |

Comments: 26-CV-02755-NW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.