UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ESQUIBEL,

         Plaintiff,

    v.

MARIE RIOS, et al.,

         Defendants.

Case No. 26-cv-02755-NW

**ORDER RE: RESOURCES AVAILABLE FOR UNREPRESENTED LITIGANTS**

On March 30, 2026, Plaintiff Mark Esquibel, who is representing himself, filed this action against defendants Marie Rios, Carlos Martinez, the Santa Cruz County Sheriff's Department, and the Honorable Katherine Hansen.  Though Mr. Esquibel initially petitioned the Court to proceed *in forma pauperis*, these petitions were denied without prejudice.  *See* ECF Nos. 11, 21.  Rather than filing a new petition, Plaintiff paid the required filing fee.  ECF No. 23.  This Order is to advise Mr. Esquibel of the free legal resources available to him as an unrepresented litigant.

First, Mr. Esquibel is referred to the Court's website which includes information about how to represent himself and a link to a copy of the district court's handbook Representing Yourself in Federal Court, which provides instructions on how to proceed at every stage of his case, including discovery, motions, and trial.  *See* https://cand.uscourts.gov/pro-se-litigants/.

Second, Mr. Esquibel may wish to seek assistance from the Federal Pro Se Program at the San Jose Courthouse by calling 408-297-1480 or emailing hsong@asianlawalliance.org.  Mr. Esquibel may speak with an attorney who may be able to provide free basic legal help but not representation.

Finally, Mr. Esquibel is reminded that under Federal Rule of Civil Procedure 4(b), he must present a proposed summons to the Clerk of the Court for signature and seal.  Once he has done

so, Rule 4(m) requires Mr. Esquibel to serve defendants with a copy of the signed summons and complaint in this action within 90 days of filing his complaint.  If Mr. Esquibel has questions about how to accomplish service, he should contact the Federal Pro Se Program at the above number.

**IT IS SO ORDERED.**

Dated: June 15, 2026

Noël Wise
United States District Judge