AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

|  |  |
|---|---|
| MARK ESQUIBEL <br> *Plaintiff(s)* <br><br> v. <br><br> MARIE RIOS; CARLOS MARTINEZ; SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT; AND KATHERINE HANSEN <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 5:26-CV-02755-NW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

- CARLOS MARTINEZ BAY AREA LAW 1015 JEFFERSON STREET, SANTA CLARA, CA 95050
- MARIE RIOS 21210 E ARROW HWY, TRAILER 130, COVINA, CA 91724
- SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, C/O CLERK OF THE BOARD OF SUPERVISORS, COUNTY OF SANTA CRUZ, 701 OCEAN STREET, ROOM 520, SANTA CRUZ, CA 95060
- SEE ATTACHED JDC TEMPLATE, UPDATE 11/20/24 FOR JUDGE KATHERINE HANSEN INFO.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MARK ESQUIBEL, PLAINTIFF IN PRO PER

4768 SOQUEL DRIVE #12

SOQUEL, CA 95073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
MARK B. BUSBY

Date: JUN 26 2026

*Signature of Clerk or Deputy Clerk*

MARIA GVATUA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: