United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ESQUIBEL,<br>Plaintiff,<br>v.<br>MARIE RIOS, et al.,<br>Defendants. | Case No. 26-cv-02755-NW<br><br>**ORDER RESERVING HEARING DATE FOR DEFENDANT HON. KATHERINE HANSEN'S FORTHCOMING MOTION TO DISMISS** |

A Defendant in this action, the Honorable Katherine Hansen, has contacted the Court to request a hearing date for a forthcoming motion to dismiss consistent with the procedure set forth in this Court's Standing Order. But she has not included Plaintiff on the communications and, to avoid ex parte communications with any party, the Court issues this order. Judge Hansen represents that she has not been able to communicate with Plaintiff because he "does not have an email address on his pleadings, nor a telephone number, nor was [counsel] able to find such information by way of a general internet search." She has sent Plaintiff an inquiry by regular mail, but does not expect to hear back before the deadline for her response, *i.e.*, September 8, 2026. In light of the response deadline, the Court **reserves November 18, 2026 at 9:00 a.m.** as the hearing date and time for Defendant's forthcoming motion. The hearing will be held in San Jose, Courtroom 3, 5th Floor. Consistent with the court's Standing Order, Defendant Hansen **shall file her motion no later than September 8, 2026.** *See* Standing Order § C. Defendant shall provide a copy of this Order when she serves her motion on Plaintiff.

Moreover, if Plaintiff is able, he is encouraged to register with the Court's electronic case filing ("ECF") system. *See* https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/. If he registers for e-filing, he will receive notices and documents by email in this case rather than by regular

United States District Court
Northern District of California

mail, and other parties will be able to reach him via email to communicate about this case.

**IT IS SO ORDERED.**

Dated: September 4, 2026

Noël Wise
United States District Judge