SHARON M. NAGLE - 179124
Bold, Polisner, Maddow, Nelson & Judson
A Professional Corporation
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
925.933.7777 Telephone
925.933.7804 Facsimile
Email: snagle@bpmnj.com

Attorneys for Defendant
Hon. Katherine Hanse, Judge of the
Superior Court of California, County of
Santa Cruz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ESQUIBEL,<br>Plaintiff,<br>v.<br>MARIE RIOS, et al.<br>Defendants. | Case No. 5:26-CV-02755<br>PROOF OF SERVICE<br>Date: November 18, 2026<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Hon. Noël Wise |

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 210, Walnut Creek, California, 94598.

On the date indicated below, I served the **DEFENDANT JUDGE HANSEN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER GRANTING WITHOUT LEAVE TO AMEND DEFENDANT JUDGE HANSEN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT; ORDER RESERVING HEARING DATE FOR DEFENDANT HON. KATHERINE HANSEN'S FORTHCOMING MOTION TO DISMISS** upon the following at the address(es) stated below:

Mark Esquibel
4768 Soquel Drive #12
Soquel, CA 95073

☒ BY UNITED STATES MAIL, I enclosed the documents in a sealed envelope or package addresses to the persons at the addresses listed above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting the processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ BY ELECTRONIC TRANSMISSION I transmitted a PDF version of this document by electronic mail to the party(s) identified above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 8, at Walnut Creek, California.

Madeline J. Bolander
Madeline J. Bolander