SHARON M. NAGLE – 179124
Bold, Polisner, Maddow, Nelson & Judson
A Professional Corporation
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
(925) 933-7777 – Telephone
(925) 933-7804 – Fax
Email: snagle@bpmnj.com

Attorneys for Defendant
Hon. Katherine Hansen, Judge of the
Superior Court of California, County of
Santa Cruz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ESQUIBEL,<br><br>Plaintiff,<br><br>v.<br><br>MARIE RIOS, et al.<br><br>Defendants. | Case No. 5:26-CV-02755-NW<br><br>[PROPOSED] ORDER GRANTING WITHOUT LEAVE TO AMEND DEFENDANT JUDGE HANSEN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>Date: November 18, 2026<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Hon. Noël Wise |

This matter came on for hearing November 18, 2026, at 9:00 a.m., the Honorable Noël Wise presiding. Sharon M. Nagle appeared on behalf of defendant the Honorable Katherine Hansen, Judge of the Superior Court of California, County of Santa Cruz. Plaintiff appeared in propria persona.

After considering the evidence in support of and in opposition to the Motion, the points and authorities, and arguments of counsel and Plaintiff, it is hereby ordered that Judge Hansens' Motion to Dismiss Plaintiff's Complaint is GRANTED WITHOUT LEAVE TO AMEND. This Court lacks subject matter jurisdiction pursuant to the Eleventh Amendment and the *Rooker Feldman* doctrine. Nor does Plaintiff otherwise state a claim upon which

relief may be granted. Even if this Court had subject matter jurisdiction, the complaint is barred by absolute judicial immunity as to Judge Hansen.

IT IS SO ORDERED.

DATE: _______________, 2026 By: ___________________________________

Hon. Noël Wise
District Court Judge