JASON M. HEATH, State Bar No. 180501
County Counsel
RYAN THOMPSON, State Bar No. 292281
Assistant County Counsel
Office of the Santa Cruz County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115
Email: Ryan.Thompson@santacruzcountyca.gov

Attorneys for Defendants
COUNTY OF SANTA CRUZ and
MATTHEW MACHADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARK ESQUIBEL<br><br>Plaintiff,<br><br>v.<br><br>MARIE RIOS; CARLOS MARTINEZ; SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, AND HON. KATHERINE HANSEN, in her official capacity only; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:26-CV-02755-NW<br><br>**(PROPOSED) ORDER ON DEFENDANT SANTA CRUZ COUNTY SHERIFF'S OFFICE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[FRCP 12(b)(6)] |

**TO PLAINTIFF MARK ESQUIBEL (IN PRO PER):**

Having considered Defendant Santa Cruz County Sheriff's Office's (hereinafter referred to as "SO") notice of motion and motion to dismiss Plaintiff's complaint, the memorandum of points and authorities in support thereof, as well as Plaintiff's opposition to said motion, the reply and all other papers on file in this matter,

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** as follows:

Plaintiff's first cause of action entitled "42 U.S.C. section 1983 - Fourteenth Amendment Procedural Due Process" against SO fails because the cause of action does not allege sufficient facts to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 12(b)(6).

Plaintiff's third cause of action entitled "42 U.S.C. section 1983 – Second Amendment (as Applied)" against SO fails because the cause of action does not allege sufficient facts to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 12(b)(6).

Plaintiff's fourth cause of action entitled "42 U.S.C. section 1983 – Fourth Amendment" against County of Santa Cruz and Sheriff Chirs Clark, in his official capacity, fails because the cause of action does not allege sufficient facts to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 12(b)(6).

Plaintiff's sixth cause of action entitled "Declaratory Relief – 28 U.S.C. section 2201" against SO fails because the cause of action does not allege sufficient facts to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 12(b)(6).

SO's motion to dismiss Plaintiff's complaint is therefore granted with prejudice.

**IT IS SO ORDERED.**

DATED: _____________, 2026 ____________________________________

United States District Judge
NOËL WISE