United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ESQUIBEL,

Plaintiff,

v.

MARIE RIOS, et al.,

Defendants.

Case No. 26-cv-02755-NW

**ORDER GRANTING PENDING ADMINISTRATIVE MOTIONS**

Re: ECF No. 53, 54, 57

Before the Court are three pending administrative motions: two filed by Plaintiff and one filed by Defendant Attorney General Rob Bonta. ECF Nos. 53–54, 57. For the following reasons, the motions are GRANTED.

First, Plaintiff seeks to substitute Brittany Stapleton for Doe Defendant 1, as "one of the four California Department of Justice agents who is alleged to have come to Plaintiffs home on October 21, 2024." ECF No. 53. This "is a true-name correction that does not change the claims or factual allegations directed to the existing defendants, except for the expressly disclosed correction to ¶ 61." *See* ECF No. 53. Although motions to amend are sometimes substantive, courts in this District have treated them as administrative matters (and granted them) where the substitution only changes identifies a true name, does not substantively alter the complaint, and does so in the early stages of a case. *See, e.g.*, *J.G., Individually and on Behalf of Jane Doe v. Rustic Pathways*, No. 22-cv-05666-EJD, ECF No. 38. The administrative motion is unopposed, and the Court finds good cause to GRANT the motion. Plaintiff shall file an amended complaint identifying Brittany Stapleton as Doe Defendant 1 and otherwise not altering the claims, as proposed. The Court does not terminate Defendants Santa Cruz County Sheriff's Department's and the Honorable Katherine Hansen's motions to dismiss and instead, in the interest of judicial

United States District Court
Northern District of California

efficiency, deems them to apply to the forthcoming second amended complaint.

Next, Defendant California Attorney General Rob Bonta requests that the deadline to respond to the FAC be extended to November 10, 2026. ECF No. 54. This administrative motion is also unopposed, and the Court finds good cause to GRANT the motion. Defendant Attorney General's response shall be due November 10, 2026.

Finally, Plaintiff moves to deem service upon Defendants Carlos Martinez and Marie Rios to be satisfied. On September 24, 2026, the Court granted Plaintiff's motion to enlarge time for service upon these Defendants and to permit alternative service via email and United States Postal Service Ground Advantage or first-class mail to Defendant Martinez's law office email and physical addresses. ECF No. 46. On October 1, 2026, the Court granted Plaintiff's request to apply that order to the FAC. ECF No. 52. The order, however, required Plaintiff to serve these Defendants "within two court days" of entry of the order. ECF No. 46. Plaintiff explains that he "was away from home from September 30 through October 5 and received both orders on or about October 7," and promptly effected service on October 8, 2026. ECF No. 57 at 2–3; *see also* ECF No. 57 at 6–9 (Plaintiff's Declaration) ¶¶ 5–6. The Court finds good cause, in light of Plaintiff's declaration, to deem service satisfied as of October 8, 2026 and GRANTS the motion, except that the time to file a responsive pleading shall run from the date of this Order. Defendants Martinez and Rios shall file responsive pleadings by November 6, 2026.

**Plaintiff shall promptly serve** a copy of this Order on Defendants Martinez and Rios, via the same methods as provided in ECF No. 46.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Noël Wise
United States District Judge